UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
IRA C. HOKE,

                              Petitioner,

     v.                                             02-CV-0516

DAVID L. MILLER, Superintendent, Eastern Correctional Facility

                              Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

        Plaintiff, Ira C. Hoke, filed a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This case was referred to the Hon. Victor E. Bianchini, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  Magistrate Judge Bianchini filed his Report-Recommendation on April 25, 2007.  Magistrate Judge Bianchini recommended that the action be dismissed because the Petition had not stated grounds for relief under 28 U.S.C. § 2254.  Magistrate Judge Bianchini also recommended that this Court not issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2) because the Petitioner had failed to make a substantial showing of a denial of a constitutional right.

After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein, DISMISSES the petition, and DENIES a certificate of appealability.

IT IS SO ORDERED.

Dated   August 4, 2007

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge